UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAUFEN INTERNATIONAL, INC.,

                       Plaintiff,

    -against-

SOUTH SHORE TILE & MARBLE CORP.,

                       Defendant.
-------------------------------------------------------------------X

JUDGMENT
12-CV- 0310 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 2 3 2012 ★
BROOKLYN OFFICE

       An Order of Honorable John Gleeson, United States District Judge, having been filed on October 2, 2012, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated September 28, 2012; granting Plaintiff's motion for a default judgment in the amount of $132,995.51; it is

       ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of Plaintiff Laufeen International, Inc., and against Defendant South Shore Tile & Marble Corp., in the amount of $132,995.51.

Dated: Brooklyn, New York
       October 22, 2012

                                    by:

Douglas C. Palmer
Clerk of Court
s/Michele Gapinski
_____
Michele Gapinski
Chief Deputy for
Court Operations